■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT GOODS, Appellant. [992 NYS2d 810]—

Appeal by the defendant from an order of the Supreme Court, Westchester County (Molea, J.), entered October 29, 2013, which, after a hearing, designated him a level three sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

The People established, by clear and convincing evidence, that the defendant had previously been convicted of a felony sex crime. Therefore, he was presumptively a level three sex offender pursuant to an automatic override addressing prior felony convictions for sex crimes (*see* Sex Offender Registration Act: Risk Assessment Guidelines and Commentary at 3-4 [2006]; *People v Barfield*, 115 AD3d 835, 835 [2014]; *People v Manson*, 111 AD3d 688, 688 [2013]; *People v Henry*, 107 AD3d 678, 679 [2013]). Further, the Supreme Court properly concluded that the defendant failed to establish, by a preponderance of the evidence, any ground for a downward departure from his presumptive risk level (*see People v Nethercott*, 119 AD3d 918 [2014]; *People v Rosen*, 117 AD3d 927, 927 [2014]; *People v Wyatt*, 89 AD3d 112, 128 [2011]; *see also People v Manson*, 111 AD3d at 689). Dillon, J.P., Dickerson, Cohen and Duffy, JJ., concur.